TAMOR & TAMOR
RICHARD A. TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile: (510) 874-4174
web: www.TamorLaw.com

Attorneys for Defendant JAVIER TAMAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-06-647 CRB (JL) |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE MAY 10, 2007 BAIL REVIEW HEARING IN THIS MATTER TO MAY 17, 2007 AT 11:00 A.M.** |
| JAVIER TAMAYO, | |
| Defendant. | |

Richard Tamor, counsel for defendant JAVIER TAMAYO, and Assistant United States Attorney Timothy Lucey with the Court's permission, hereby stipulate to continue the Bail Review Hearing currently scheduled for May 10, 2007 at 11:00 a.m. to May 17, 2007 at 11:00 a.m.

Undersigned counsel request this continuance for the following reasons:

1. On April 18, 2007, this Court set the above entitled matter for a Bail Review Hearing on May 10, 2007, at 11:00 a.m.

2. Counsel for defendant has a previously noticed all day deposition in a civil mater in which six (6) other parties and attorneys are involved. The deposition was previously noticed for

1    May 10, 2007 in early April.

2

3          3.  Counsel for defendant has conferred with U.S. Pre-trial Services Officer, Rich

4    Sarlatte, who is currently supervising Mr. Tamayo and Mr. Sarlatte has no objection to

5    continuing the Bail Review Hearing to May 17, 2007, at 11:00 a.m.

6          It is so stipulated,

7

8    Dated: May 1, 2007

                                    _____/s/_____

9                                    Richard A. Tamor, Esq.

                                    Attorneys for Defendant, Javier Tamayo

10

11    Dated: May 1, 2007

                                    _____/s/_____

                                    Timothy Lucey

12                                    Assistant United States Attorney

                                    Attorney for the United States

13

14

15    ///

16    ///

       ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27

28

**ORDER**

**FOR GOOD CAUSE SHOWN,**

    **IT IS ORDERED that the Bail Review Hearing previously scheduled for May 10, 2007 at 11:00 a.m. is HEREBY CONTINUED to May 17, 2007, at 11:00 a.m.**

**Dated: May   2  , 2007**



IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA