IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER TAMAYO,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. CR 06-647-001 CRB<br><br>**ORDER FURNISHING TRANSCRIPT** |

The Court hereby ORDERS that Petitioner Javier Tamayo be furnished, at no cost, with the transcript of his sentencing hearing on December 8, 2010. Petitioner certifies that he is indigent, see Motion (dkt. 467), and the Court is not in a position to determine whether the petition is frivolous without Petitioner gaining access to the transcript, see 28 U.S.C.A. § 753.

**IT IS SO ORDERED.**

Dated: July 5, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE