IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER TAMAYO,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant.<br>_____/ | No. CR 06-647-001 CRB<br><br>**AMENDED ORDER FURNISHING TRANSCRIPT** |

The court reporter is directed to prepare the transcript of the December 8, 2010 sentencing hearing in this case on the following basis:

(X)    Ordinary (within 30 days @ $3.65 per page).

(  )    14-Day (within 14 days @ $4.25 per page).

(  )    Expedited (within 7 days @ $4.85 per page).

(  )    Daily (overnight @ $6.05 per page).

//

The Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: July 8, 2016     

CHARLES R. BREYER

UNITED STATES DISTRICT JUDGE