IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER TAMAYO,<br><br>   Petitioner<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | No. CR 06-647-001 CRB<br><br>**ORDER SETTING NEW DEADLINE FOR FILING OF MOTION UNDER 28 U.S.C. § 2255** |

  Petitioner Javier Tamayo filed on June 13, 2016 a motion to vacate, set aside, or correct his sentence or conviction pursuant to 28 U.S.C. § 2255 in which he asserted, with no additional detail, that he received "ineffective assistance of counsel during sentencing." See Mot. (dkt. 467). The motion further asserted that Petitioner "cannot at this time sufficiently challenge his conviction or sentence without first obtaining his sentencing transcripts," and it requested "an extension of time to proceed with his motion . . . until he is able to obtain the assistance of the Court Sentencing Transcripts." Id. at 1–2. The Court ordered that the sentencing transcript be furnished to Petitioner, see Orders (dkt. 472, 474), and it appears that the transcript was indeed ordered, see Transcript Order (dkt. 478).

However, it is not clear from the docket whether the transcript was ever sent to Petitioner. Although the Court previously ordered Petitioner to file an amended section 2255 motion by a certain date, see Previous Filing Order (dkt. 497), the Court wants to sure that Petitioner indeed has access to his transcript in order to amend his petition. Accordingly, the Court earlier today mailed Petitioner a copy of the transcript, and the Court now ORDERS Petitioner to file any amended section 2255 motion on the subject of "ineffective assistance of counsel during sentencing" by sixty (60) days from service of this new Order. If Petitioner fails to file an amended motion by that date, the Court will proceed with the Motion filed June 13, 2016.

**IT IS SO ORDERED.**

Dated: September 19, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE